The Court approves the dismissal without prejudice
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SPENCER BUENO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARHAUS, LLC,<br><br>Defendant. | Case No. 5:22-cv-01624 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Spencer Bueno hereby dismisses this action without prejudice.

Respectfully submitted,

By: /s/ *Michael J. Boyle, Jr.*

MEYER WILSON CO., LPA
Matthew R. Wilson (72925)
*Trial Attorney*
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (91162)
Email: mboyle@meyerwilson.com
Jared W. Connors (101451)
Email: jconnors@meyerwilson.com
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

TURKE & STRAUSS LLP
Samuel J. Strauss (*pro hac vice* to be filed)
sam@turkestrauss.com
Raina Borrelli (*pro hac vice* to be filed)
raina@turkestrauss.com
613 Williamson St., #201
Madison, WI 53703
P: (608) 237-1775

*Counsel for Plaintiff and the Proposed Class*